UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| AND | * CASE NO. |
| SUPPLEO BUNKERING S. de R.L. de C.V. | * |
| VERSUS | * |
| M/V GLOBAL ORION, *in rem*, | * |

## MOTION FOR ISSUANCE OF ORDER FOR WARRANT OF ARREST

Plaintiffs move this Court for the issuance of an order and warrant of arrest against M/V GLOBAL ORION ("Vessel"), the Vessel's engines, tackle, furniture, machinery, equipment, and appurtenances, in rem, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. This Motion is based upon the Verified Complaint filed herein by Plaintiffs.

Dated: July 20, 2020.

Respectfully submitted,

*/s/ Paul T Beckmann*
PAUL T. BECKMANN (BECKP0493)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-mail: pbeckmann@handarendall.com

*/s/ J. Stephen Simms*
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: (443) 290-8704
Facsimile: (410) 510-1789
E-mail: jssimms@simmsshowers.com

*Suppleo and Dan-Bunkering Counsel*