UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| | * |
| AND | * CASE NO. |
| | * |
| SUPPLEO BUNKERING S. de R.L. de C.V. | * |
| | * |
| VERSUS | * |
| | * |
| M/V GLOBAL ORION, *in rem*, | * |
| | * |

\* \* \* \* \* \* \*

## MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Plaintiffs respectfully move this Court for an order appointing Global Maritime Security ("Global Maritime") as substitute custodian of the M/V GLOBAL ORION (the "Vessel"), and represent the following:

1. On July 20, 2020, Plaintiffs initiated this action praying that the Vessel, the Vessel's engines, tackle and appurtenances be condemned and sold to pay Plaintiffs' demands and claims against the Vessel and for other proper relief.

2. Plaintiffs also have moved requesting issue of a Warrant of Arrest, which will direct the United States Marshal for the Southern District of Alabama to seize, and take into possession and hold the Vessel, her engines, tackle and appurtenances.

3. Pursuant to the Warrant of Arrest, it is contemplated that the Marshal will seize the Vessel forthwith. Custody by the Marshal requires the services of one or more custodians and other services usually associated with safekeeping vessels similar to the Vessel.

4. The Vessel is expected to arrive in the Port of Mobile, Alabama, at approximately 6:00 a.m. tomorrow, Tuesday, July 21, 2020.

5. Global Maritime has agreed to assume the responsibility of safekeeping the Vessel and has consented to act as custodian of the Vessel upon order of this Court, at the rate of $35 per hour.

6. The United States Marshal is unable to perform or to have performed at a comparable rate these same services. In any case, the transfer of the Vessel to the substitute custodian for safekeeping will not be affected until the Court approves such custodianship and all such charges have been paid by the moving party.

5. Global Maritime by declaration of John Saltzman, attached hereto as Exhibit A and made a part hereof, avers that it has adequate facilities and supervision for proper maintenance and safekeeping of the Vessel, her engines, tackle, appurtenances, furnishings, etc., or for damage or injury sustained by third parties due to any acts, faults, or negligence of said substitute custodian or its agents.

6. Global Maritime regularly has served as substitute custodian vessels arrested in this District.

7. Plaintiffs and Global Maritime agree to hold the United States and the United States Marshal harmless from any claims arising during the substitute custodianship.

THEREFORE, in accordance with the representations set forth in this motion, Plaintiff requests this Court to enter an order appointing Global Maritime as Substitute Custodian for the Vessel.

Dated: July 20, 2020.

Respectfully submitted,

*/s/ Paul T Beckmann*
PAUL T. BECKMANN (BECKP0493)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511

Facsimile: (251) 694-6375
E-mail: pbeckmann@handarendall.com
*/s/ J. Stephen Simms*
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030

Telephone: (443) 290-8704          E-mail: [jssimms@simmsshowers.com](mailto:jssimms@simmsshowers.com)
Facsimile: (410) 510-1789

*Suppleo and Dan-Bunkering Counsel*