UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| | * |
| AND | * CASE NO. |
| | * |
| SUPPLEO BUNKERING S. de R.L. de C.V. | * |
| | * |
| VERSUS | * |
| | * |
| GLOBAL ORION, *in rem*, | * |
| | * |
| *    *    *    *    *    *    * | * |

## DECLARATION OF SUBSTITUTE CUSTODIAN

I, John Saltzman, am the authorized agent of Global Maritime Security, a Louisiana corporation, and declare as follows:

1. I am the General Manager at Global Maritime Security (hereinafter "Global Maritime"), the proposed substitute custodian in this case, and competent to make this affidavit.

2. I understand that the Vessel GLOBAL ORION is expected to call at the Port of Mobile on or about this Tuesday morning, July 21st.

3. Global Maritime is familiar with the GLOBAL ORION and can adequately supervise and safely keep the Vessel in lieu of the United States Marshal during the pendency of this suit and until further order of this Court.

4. In this regard, Global Maritime agrees to provide all services necessary for the proper custody and safekeeping of the Vessel during the substitute custodianship, including security by providing a licensed watchman onboard the Vessel while the Vessel remains under arrest.

5. Global Maritime will make arrangements to keep the Vessel at a proper location within this District and will arrange to furnish a proper berth, anchorage, or mooring for the

Vessel.

6. Global Maritime agrees to accept substitute custodianship of the GLOBAL ORION in accordance with the proposed Order Appointing Global Maritime Security as Substitute Custodian upon delivery of a signed copy of said Order, and to Acknowledge receipt of the Vessel.

7. Global Maritime has adequate liability insurance and assets adequate to respond in damages for loss of or injury to the Vessel during said custody, or for damages sustained by third parties due to the negligence of Global Maritime or its employees or agents committed during said custody, as confirmed the Certificates of Insurance, herewith.

8. Global Maritime acknowledges that all outstanding bills and costs/expenses incidental to the keeping of the Vessel by the substitute custodian will be paid by the Plaintiffs. The United States of America, the United States Marshal, their agents, servants, employees, and others for whom they are responsible do not assume any liability or responsibility for any acts of the substitute custodian or any costs incurred incidental to this Court appointed custodianship.

> Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 19, 2020.

Dated: July 19, 2020

_____
John Saltzman, General Manager
Global Maritime Security



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 10/2/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. IF SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Melissa Thompson | | |
|---|---|---|---|
| El Dorado Insurance Agency, Inc.<br>El Dorado Sec Srvs Ins Agy<br>3673 Westcenter Drive<br>Houston TX 77042 | PHONE (A/C, No, Ext): (713) 521-9251 | FAX (A/C, No): (713) 521-0125 | |
| | E-MAIL ADDRESS: mthompson@eldoradoinsurance.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Crum & Forster Specialty Insurance Co. | | 44520 |
| INSURED<br>Global Maritime Security, Inc.<br>PO Box 1701<br><br>Gretna LA 70054 | INSURER B: Crum & Forster Indemnity Company | | |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

**COVERAGES**    **CERTIFICATE NUMBER:** CERTIFICATES (10/19)    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE X OCCUR<br>X Professional Liability | | | GLO-585148 | 10/1/2019 | 10/1/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PROJECT ☐ LOC<br>☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 1,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | 408-736155-6 | 3/9/2019 | 3/9/2020 | X PER STATUTE  X OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
\*\*\*Workers' compensation coverage provided by Crum & Forster Indemnity Company applies to LA operations and employees only\*\*\*

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| U.S. Marshals Service,<br>Southern District of Texas<br>Attention: Pat Lopez<br>515 Rusk Avenue,<br>Suite 10002<br>Houston, TX 77002 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>**AUTHORIZED REPRESENTATIVE**<br>R.L. Ring, Jr./MDAVI  |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD

INS025 (201401)