UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| | * |
| AND | * CASE NO. |
| | * |
| SUPPLEO BUNKERING S. de R.L. de C.V. | * |
| | * |
| VERSUS | * |
| | * |
| M/V GLOBAL ORION, *in rem*, | * |
| | * |
| *    *    *    *    *    *    * | |

## **ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Upon careful consideration, the Motion for Appointment of Substitute Custodian and Declaration filed by Plaintiffs, is GRANTED.

ORDERED that Global Maritime Security ("Global Maritime") is hereby appointed the custodian of the M/V GLOBAL ORION ("Vessel") to retain the same in its custody for possession and safekeeping for the aforementioned compensation until further Order of the Court; and it is further

ORDERED that the United States Marshal for the Southern District of Alabama shall surrender the possession of the Vessel to the substitute custodian named herein upon executing the warrant in this action and that, upon such surrender, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Vessel; and it is further

ORDERED that Global Maritime in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the Vessel, the Vessel's engines, tackle, appurtenances,

furnishings, etc. from the date of the transfer of possession of said vessel, her engines, tackle, appurtenances, furnishings, etc.; and it is further

ORDERED that Global Maritime, as substitute custodian of the Vessel, shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody; and it is further

ORDERED that all United States Marshal's costs be paid prior to release of said vessel; and it is further

ORDERED that the substitute custodian must acknowledge receipt of the Vessel and the United States Marshal must attest to the date and time of release on a certified copy thereof; and it is further

ORDERED that Plaintiffs' counsel shall serve the owner of the Vessel with a copy of this order.

Done at Mobile, Alabama, this __ day of July, 2020

_____
UNITED STATES DISTRICT JUDGE