UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| | * |
| AND | * CASE NO. |
| | * |
| SUPPLEO BUNKERING S. de R.L. de C.V. | * |
| | * |
| VERSUS | * |
| | * |
| M/V GLOBAL ORION, *in rem*, | * |
| | * |
| *    *    *    *    *    *    * | |

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

    Plaintiffs' Verified Complaint in this *in rem* proceeding was filed in the Southern Division of this Court on July 20, 2020.

    In accordance with FRCP Supplemental Rule C, you are directed both to arrest the defendant vessel, the M/V GLOBAL ORION ("Vessel"), the Vessel's tackle, apparel, furniture, engines and appurtenances, should you find the Vessel within this district, and to detain her in your custody pending further order of the Court.

    You must also give notice of the arrest to all persons upon whom notice is required by FRCP Supplemental Rule C(4), as designated below by the Plaintiffs and the practices of your office.

    **Notice to:**
Master, M/V GLOBAL ORION
The Port of Mobile

SO ORDERED, at Mobile, Alabama, this 20th day of July, 2020.

CHARLES R. DIARD, JR., Clerk

By: *Tammy Thornton*
DEPUTY CLERK