## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DAN-BUNKERING (AMERICAN) INC.,   :
*et al.*,                        :
                                 :
        Plaintiffs,   :
                                 :
v.                               :   CIVIL ACT. NO. 1:20-cv-364-TFM-C
                                 :
M/V GLOBAL ORION, her engines, tackle, :   FRCP 9(h)
apparel, etc., *in rem*,         :   In Admiralty
                                 :
        Defendant.   :

### <u>ORDER</u>

Pending before the Court is the *Motion and Application for Admission Pro Hac Vice* for Matthew Charles Guy.  Doc. 12, filed July 22, 2020.  Having reviewed the certificate of good standing, application, and upon receipt of the filing fee, it is hereby **ORDERED** the motion is **GRANTED**.

Counsel is reminded of the obligation to review and maintain familiarity with the local rules and guidelines for the Southern District of Alabama.  They are available at http://www.alsd.uscourts.gov.

**DONE** and **ORDERED** this 22nd day of July 2020.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES DISTRICT JUDGE