**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Dan-Bunkering (America) Inc., Suppleo Bunkering S. de R.L. de C.V. | COURT CASE NUMBER<br>1:20-cv-00364 |
| DEFENDANT<br>M/V GLOBAL ORION, | TYPE OF PROCESS<br>Vessel Arrest Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, M/V GLOBAL HORIZON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port of Mobile, Alabama

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. Stephen Simms, Simms Showers LLP, 201 International Circle, Baltimore, Maryland 21030

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Substitute Custodian - Global Maritime Security - John Saltzman - mobile 504-487-2562 884-8668

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 410-365-6131
DATE: 7/20/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2 | No. 3 | No. 3 | [signature] | 7/21/2020 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 7/21/20   Time: 1200  ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 5.75 | | 135.75 | | |

REMARKS

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dan-Bunkering (America) Inc., Suppleo Bunkering S. de R.L. de C.V. | 20-cv-00364-TFM |
| DEFENDANT | TYPE OF PROCESS |
| M/V GLOBAL ORION | order of Substitute Custodian (2) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, M/V GLOBAL HORIZON    Global Maritime Security
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port of Mobile, Alabama

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. Stephen Simms, Simms Showers LLP, 201 International Circle, Baltimore, Maryland 21030

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

884-8668

Substitute Custodian - Global Maritime Security - John Saltzman - mobile 504-~~187-2562~~

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 410-365-6131
DATE: 7/20/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2/2
District of Origin: No. 3
District to Serve: No. 3
Signature of Authorized USMS Deputy or Clerk
Date: 7/21/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above)

Date: 7/21/20   Time: 1200  ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | | | 130.00 | | |

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18