UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC. | * |
| | * |
| AND | * CASE NO. 1:20-cv-00364-TFM-C |
| | * |
| SUPPLEO BUNKERING | * |
| S. de R.L. de C.V. | * |
| | * |
| VERSUS | * |
| | * |
| M/V GLOBAL ORION, *in rem*, | * |
| | * |

\* \* \* \* \* \* \*

## **MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT**,** through undersigned counsel, comes Plaintiff, Entier U.S.A., Inc., ("Entier") and moves this court for an Order dismissing its Complaint in Intervention (Doc. 10) with prejudice, with each party to bear its own attorneys' fees. Entier further withdraws its Motion for Issuance of Warrant of Arrest (Doc. 11) and respectfully requests that the Court deny said motion as moot.

Respectfully Submitted By,

*/s/ Neal C. Townsend*
NEAL C. TOWNSEND (TOWNN0210)
GARRETT ZOGHBY (ASB-7748-H20P)
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, Alabama 36602
(251) 433-3234 (phone)
(251) 438-7733 (facsimile)
neal.townsend@arlaw.com
garrett.zoghby@arlaw.com
*Attorney for Entier U.S.A., Inc.*

1

2

## CERTIFICATE OF SERVICE

I certify I have served a copy of the following to the counsel for all counsel of record via the court's ECF filing system on this 5th day of August 2020.

/s/ *Neal C. Townsend*
*Attorney*