UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN-BUNKERING (AMERICAN) INC., *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACT. NO. 1:20-cv-364-TFM-C |
| M/V GLOBAL ORION, her engines, tackle, apparel, etc., *in rem*, | : : : | FRCP 9(h) In Admiralty |
| Defendant. | : : | |

**ORDER**

Pending before the Court is Intervenor Entier USA, Inc.'s ("Entier") *Motion to Dismiss With Prejudice*. Doc. 18, filed August 5, 2020. Entier requests the Court dismiss with prejudice its Verified Complaint in Intervention (Doc. 10) and deny as moot its Motion for Issuance of Warrant of Arrest, *In Rem* (Doc. 11). Doc. 18. Entier does not indicate pursuant to which Federal Rule of Civil Procedure it brings its motion to dismiss, but it is styled as a motion and signed by only its counsel. *Id.* Therefore, the Court construes the motion as a motion to dismiss Entier's claims against Defendant M/V GLOBAL ORION ("the Vessel") pursuant to Fed. R. Civ. P. 41(a)(2).[1]

---

[1] A request to dismiss an action requires a court order and dismissal by terms that the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2). Fed. R. Civ. P. 41(a)(1)(A) allows for dismissal without a court order: (i) before the opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. This matter involves multiple parties and Entier requests the Court dismiss only its claims against the Vessel, and the notice is not signed by all of the served parties. Thus, the Court finds it proper to construe Entier's motion to dismiss as one brought pursuant to Fed. R. Civ. P. 41(a)(2).

Upon consideration of the motion (Doc. 18), it is **ORDERED** it is **GRANTED**. Entier's claims against the Vessel are **DISMISSED with prejudice** with each party to bear their own costs and attorneys' fees. The Motion for Issuance of Warrant of Arrest, *In Rem* (Doc. 11) is **DENIED as moot**.

**DONE** and **ORDERED** this 10th day of August 2020.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES DISTRICT JUDGE