


# Global Maritime Security, Inc.
## Serving the Gulf-Coast with Integrity

August 01, 2020

SIMMS SHOWERS LLP
201 International Circle
Suite 250
Baltimore, Maryland 21030

Invoice No.: 2020 - 802   page 1 of 1

Attn.: Mr. J. Stephen Simms

Ref.: M/V GLOBAL ORION  IMO NO.: 9249439   Armed USMS Sub. Custodian

| Date | # | @ | Rate | Start Time | End Time | Total Hrs. | Payroll | Miles / $ |
|---|---|---|---|---|---|---|---|---|
| July 21,20 | 1 | @ | $35.00 | 8:00 | 23:59 | 16.00 | $560.00 | 75 |
| July 22,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 23,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 24,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 25,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 26,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 27,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 28,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 29,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 30,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| July 31,20 | 1 | @ | $35.00 | 0:01 | 23:59 | 24.00 | $840.00 | 75 |
| | | | | | Total Payroll pg 1 | | $8,960.00 | |
| | | | | | Total Mileage pg 1 | | $825.00 | |
| | | | | | | | | |
| | | | | | Invoice Total | | | $9,785.00 |

*Kevin W. Turner*

Toll Free: 1-866-825-9627
www.globalmaritimesecurity.com
TEXAS - LOUISIANA - MISSISSIPPI - ALABAMA - FLORIDA
P.O. Box 1701 - Gretna, LA 70054
(504) 392-2300