# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN-BUNKERING (AMERICAN) INC., *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACT. NO. 1:20-cv-364-TFM-C |
| M/V GLOBAL ORION, her engines, tackle, apparel, etc., *in rem*, | : : : | FRCP 9(h) In Admiralty |
| Defendant. | : : | |

## ORDER

Pending before the Court are the *Motion and Application for Admission Pro Hac Vice* for Jeanne L. Amy (Doc. 23, filed August 13, 2020) and R. Scott Jenkins (Doc. 25, filed August 14, 2020). Having reviewed the certificates of good standing, applications, and upon receipt of the filing fees, it is hereby **ORDERED** the motions are **GRANTED**.

Counsel are reminded of the obligation to review and maintain familiarity with the local rules and guidelines for the Southern District of Alabama. They are available at http://www.alsd.uscourts.gov.

**DONE** and **ORDERED** this 14th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE